1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
        160 Spear Street, Suite 800
5       San Francisco, California 94105
        Telephone: (415) 977-8985
6       Facsimile: (415) 744-0134
        E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ANDREW PERRY, | Case No: 2:18-cv-01192-GMN-VCF |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(First Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of thirty days from November 13, 2018 to December 13, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's first request for an extension.

Defendant respectfully requests this extension of time because of a very heavy workload, including the recent completion of three district court merits hearings, which necessitated significant additional preparation time.

-1-

On November 13, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: November 13, 2018

ROHLFING & KALAGIAN, LLP

By: */s/\* Marc V. Kalagian*
MARC V. KALAGIAN
\*authorized by email November 13, 2018

Attorneys for Plaintiff

Date: November 13, 2018

DAYLE ELIESON
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 11-13-2018

HONORABLE CAM FERENBACH
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

    Marc V. Kalagian
    Rohlfing & Kalagian, LLP
    12631 E. Imperial Highway, Suite C-115
    Santa Fe Springs, CA 90670

Date: <u>November 13, 2018</u>       DAYLE ELIESON
                                       United States Attorney

                           By:   <u>*/s/ Michael K. Marriott*</u>
                                   MICHAEL K. MARRIOTT
                                   Assistant Regional Counsel

                                   Attorneys for Defendant