1  DAYLE ELIESON
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL K. MARRIOTT, CSBN 280890
4  Special Assistant United States Attorney
          160 Spear Street, Suite 800
5         San Francisco, California 94105
          Telephone: (415) 977-8985
6         Facsimile: (415) 744-0134
          E-Mail: Michael.Marriott@ssa.gov
7
8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAS VEGAS DIVISION

| | |
|---|---|
| ANDREW PERRY, | Case No: 2:18-cv-01192-GMN-VCF |
| Plaintiff | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS MOTION TO AFFIRM** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(Second Request)** |
| Defendant. | |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, hereby requests an extension of time of fourteen days from December 13, 2018 to December 27, 2018, to prepare and file her cross motion to affirm. This is the Commissioner's second request for an extension.

Upon review of the administrative record and Plaintiff's MSJ, Defendant believes that this case may be appropriate for voluntary remand in lieu of further litigation. Defendant respectfully requests this extension of time for the Appeals Council to consider the remand.

-1-

On December 14, 2018, Plaintiff's counsel informed Defendant by email that he had no objection to this extension.

Respectfully submitted,

Date: December 14, 2018  ROHLFING & KALAGIAN, LLP

By: */s/* Marc V. Kalagian
MARC V. KALAGIAN
*authorized by email December 14, 2018

Attorneys for Plaintiff

Date: December 14, 2018  DAYLE ELIESON
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Assistant Regional Counsel

Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

DATE: 12-14-2018

HONORABLE CAM FERENBACH
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, Michael K. Marriott, hereby certify that I caused a copy of Stipulation for Extension of Time to File Defendant's Cross Motion to Affirm to be served, via CM/ECF notification, on:

>Marc V. Kalagian
>Rohlfing & Kalagian, LLP
>12631 E. Imperial Highway, Suite C-115
>Santa Fe Springs, CA 90670

Date: <u>December 14, 2018</u>                    DAYLE ELIESON
                                                  United States Attorney

                                         By:    <u>/s/ Michael K. Marriott</u>
                                                  MICHAEL K. MARRIOTT
                                                  Assistant Regional Counsel

                                                  Attorneys for Defendant