DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

## LAS VEGAS DIVISION

| | |
|---|---|
| ANDREW PERRY, | Case No: 2:18-cv-01192-GMN-VCF |
|     Plaintiff | |
| v. | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

Upon remand to the defendant, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) with instructions to obtain supplemental vocational testimony and elicit further explanation for any testimony that conflicts with the information found within the DOT.  Furthermore, if applying Medical-Vocational Guidelines Rule 202.07, the ALJ will identify additional occupations, if available, that are consistent with Plaintiff's residual functional capacity.

Respectfully submitted,

Date: December 21, 2018　　　ROHLFING & KALAGIAN, LLP

By: */s/\* Marc V. Kalagian*
　　MARC V. KALAGIAN
　　*authorized by email December 20, 2018

Attorneys for Plaintiff

Date: December 21, 2018　　　DAYLE ELIESON
　　　　　　　　　　　　　　United States Attorney

By: */s/ Michael K. Marriott*
　　MICHAEL K. MARRIOTT
　　Assistant Regional Counsel

Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED.

**DATED** this __8__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

I, Michael K. Marriott, hereby certify that I caused a copy of Defendant's Stipulation for Voluntary Remand to be served, via CM/ECF notification, on:

Marc V Kalagian
Rohlfing & Kalagian, LLP
211 E. Ocean Blvd., Suite 420
Long Beach, CA 90802

Date:  December 21, 2018         DAYLE ELIESON
                                 United States Attorney

                          By:    /s/ Michael K. Marriott
                                 MICHAEL K. MARRIOTT
                                 Assistant Regional Counsel

                                 Attorneys for Defendant